# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALANA MARIE KOUT, | ) | 1:10at0035 DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

Plaintiff Alana Marie Kout ("Plaintiff") filed an action challenging a final decision of the Commissioner of Social Security on January 25, 2009.  She also filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the application is not complete, nor is it signed under penalty of perjury.

Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis within thirty (30) days of the date of service of this order.   Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **January 25, 2010**                              **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE

1