Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  ALANA KOUT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ALANA KOUT, ) | Case No.:   10-CV-214 SKO |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND |
| ) | BRIEFING SCHEDULE AND ORDER |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| ) | |
| of Social Security, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Plaintiff Alana Kout ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to November 5, 2010; and that Defendant shall have until December 6, 2010, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due December 20, 2010.

An extension of time was needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: September 29, 2010        Respectfully submitted,

                                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                                  /s/ *Steven G. Rosales*
                             BY: _____
                                      Steven G. Rosales
                                      Attorney for plaintiff ALANA KOUT

DATED:  September 29, 2010    BENJAMIN WAGNER
                                      United States Attorney

                                      */S/- *Daniel Talbert*

                                      _____
                                      Daniel Talbert
                                      Special Assistant United States Attorney
                                      Attorney for Defendant
                                      [*Via email authorization]

# ORDER

Upon the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff may have an extension of time, to and including **November 5, 2010**, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to **December 6, 2010**, to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.  Any reply by plaintiff will be due by **December 20, 2010**. Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause.  (Doc. 9 ¶ 14.)

IT IS SO ORDERED.

Dated:   **October 4, 2010**                    **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE